SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 2 6 2016
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 2:16CR00012 |
| JUSTIN ALEXANDER STANLEY | : | |
| | : | Violations: 18 U.S.C. §§ 641, 1361, 1852, 1853 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between February 3, 2015, and January 21, 2016, in the Western District of Virginia and elsewhere, JUSTIN ALEXANDER STANLEY knowingly and willfully stole, purloined, and converted to his own use a thing of value of the United States or of any department or agency thereof, namely, timber from the Jefferson National Forest, the value of which exceeded $1,000.

2. All in violation of Title 18, United States Code, Section 641.

### COUNT TWO

The Grand Jury charges that:

1. On or about and between February 3, 2015, and January 21, 2016, in the Western District of Virginia, JUSTIN ALEXANDER STANLEY willfully injured property of the United States, and of any department or agency thereof, namely, Jefferson National Forest land and trees, causing damage to such property in excess of $1,000.

2. All in violation of Title 18, United States Code, Section 1361.

## COUNT THREE

The Grand Jury charges that:

1. On or about and between February 3, 2015, and January 21, 2016, in the Western District of Virginia and elsewhere, JUSTIN ALEXANDER STANLEY knowingly removed timber from public lands of the United States, namely, the Jefferson National Forest, with the intent to dispose of the same.

2. All in violation of Title 18, United States Code, Section 1852.

## COUNT FOUR

The Grand Jury charges that:

1. On or about and between February 3, 2015, and January 21, 2016, in the Western District of Virginia and elsewhere, JUSTIN ALEXANDER STANLEY unlawfully cut and wantonly injured and destroyed any tree growing, standing, and being upon any land of the United States which, in pursuance of law, had been reserved or purchased by the United States for any public use, namely, trees growing in the Jefferson National Forest.

2. All in violation of Title 18, United States Code, Section 1853.

A TRUE BILL, this 26 day of July, 2016.

s/Grand Jury Foreperson

JOHN P. FISHWICK, JR.
United States Attorney